**IT IS SO ORDERED.**

**SIGNED THIS: November 1, 2016**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Chapter 7 |
| BRADLEY E. SMITH, JR., | ) | |
| Debtor. | ) | No. 16-81298 |

**AGREED ORDER GRANTING TRUSTEE'S MOTION FOR EXTENSION OF DEADLINE FOR OBJECTION TO DEBTORS' DISCHARGE OR TO CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS**

The Trustee's Motion for Extension of Deadline for Objection to Debtors' Discharge or to Challenge Dischargeability of Certain Debts ("Motion") having come before the Court for consideration, and the Court being fully advised,

IT IS HEREBY ORDERED THAT the Motion is granted, and that the Deadline for Objection to Debtor's Discharge or to Challenge Dischargeability of Certain Debts shall be extended to March 18, 2017, as to the Chapter 7 Trustee only, but does not extend as to all creditors.

Agreed by:

Date:                             /s/Sumner A. Bourne
                                  Debtor's Attorney

Date:                             /s/Pamela S. Wilcox
                                  Chapter 7 Trustee
                                      ###