**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-81298 |
| | § | |
| BRADLEY E SMITH, Jr. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/08/2016. The undersigned trustee was appointed on 09/08/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                             $7,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $2,941.44 |
    | Bank service fees | $17.87 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $4,040.69 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/19/2017 and the deadline for filing government claims was 01/19/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,450.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,450.00, for a total compensation of $1,450.00[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $61.61, for total expenses of $61.61.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/08/2018            By:    /s/ Pamela S. Wilcox
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1      Exhibit A

| Case No.: | 16-81298-TLP | Trustee Name: | Pamela S. Wilcox |
|---|---|---|---|
| Case Name: | SMITH, Jr., BRADLEY E | Date Filed (f) or Converted (c): | 09/08/2016 (f) |
| For the Period Ending: | 3/8/2018 | §341(a) Meeting Date: | 10/12/2016 |
| | | Claims Bar Date: | 01/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 141 Division Norris, IL - 61553-0000 Fulton Being purchased on contract from LeRoy McEwin jointly with estranged spouse | $60,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2007 Chevrolet 3500 Diesel mileage: 160,000 | $19,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2006 Harley Davidson Streetglide mileage: 33748 Red in color, to differentiate from uncle's Streetglide disclosed in SOFA | $7,000.00 | $0.00 | | $0.00 | FA |
| 4 | 1992 Dodge D-150 | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | F-150 Ford 2000 | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 6 | 2000 Chevrolet Suburban | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 7 | 2013 Haulmark Trailer | $7,000.00 | $7,000.00 | | $0.00 | FA |
| 8 | 2012 Snapper Zero Turn Mower | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 | Household Goods and Furnishings | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | 3 Televisions, 1 laptop, 1 tablet, computer and monitor | $300.00 | $0.00 | | $0.00 | FA |
| 11 | Collection of die cast cars (150) | $800.00 | $0.00 | | $0.00 | FA |
| 12 | Treadmill | $20.00 | $0.00 | | $0.00 | FA |
| 13 | Ruger handgun | $150.00 | $0.00 | | $0.00 | FA |
| 14 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 15 | 2 Dogs | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 17 | Checking Ipava State Bank | $20.00 | $0.00 | | $0.00 | FA |
| 18 | 403(b) Possible interest in estranged spouse's retirement plan at YWCA | Unknown | $0.00 | | $0.00 | FA |
| 19 | Shelter life insurance policy (term, no cash value) Mother | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Pekin Insurance life insurance policy (term, no cash value) Daughter | $0.00 | $0.00 | | $0.00 | FA |

Case 16-81298    Doc 88    Filed 03/09/18    Entered 03/09/18 09:01:51    Desc Main
Document      Page 4 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 16-81298-TLP | Trustee Name: | Pamela S. Wilcox |
|---|---|---|---|
| Case Name: | SMITH, Jr., BRADLEY E | Date Filed (f) or Converted (c): | 09/08/2016 (f) |
| For the Period Ending: | 3/8/2018 | §341(a) Meeting Date: | 10/12/2016 |
| | | Claims Bar Date: | 01/19/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | Master craft tool box, Van Mark trim master, carpentry and roofing tools, 2 scissor lifts, shingle starter, 3 snow plows, misc. inventory and supplies (estimated auction value) | $19,250.00 | $17,750.00 | | $0.00 | FA |
| 22 | payment to sister (u) | $0.00 | $5,000.00 | | $0.00 | FA |
| 23 | Payments made to Central IL Loans on behalf of uncle and mother (u) | $0.00 | $7,000.00 | | $7,000.00 | FA |

**Asset Notes:** Compromised for $7,000.00 lump sum.

**TOTALS (Excluding unknown value)**

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $121,540.00 | $41,250.00 | | $7,000.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/28/2017 | order entered granting compromise. |
| 04/06/2017 | objections to claims 3 and 4 allowed -- duplicates. |
| 04/06/2017 | objections to claims 3 & 4 allowed; imported new claims 5 & 6 which replaced them.  All claims imported now. |
| 03/06/2017 | filed objections to US Dept of Labor claims 3 and 4 -- duplicates of 5 and 6. |
| 03/03/2017 | Andy Covey noticed that I objected to claims which were actually amendments of previously filed claims which were not identified as such. So, I withdrew the objections and filed orders with court. |
| 02/24/2017 | Filed objections to claims 5-1 and 6-1 as tardy and uplifted orders for each. |
| 01/30/2017 | Filed objection to AMENDED claim of Stubb as secured. |
| 01/26/2017 | Reviewed claims.  Filed objection to claim 1-1 due to secured; called creditor OSHA for claims 3 & 4 and told to amend to them as creditor rather than debtor. |
| 01/26/2017 | Check on objection to claim 1-1 |
| 11/15/2016 | heard about filing 2010 return? |
| 11/02/2016 | Uploaded agreed order on motion to extend time for discharge. Entered by court on 11/2/16. |
| 10/28/2016 | filed application to employ A Covey - deadline 11/14/16 |
| 10/28/2016 | received response from my questions from Sumner Bourne. |
| 10/28/2016 | reviewed Sumner's objection and drafted agreed order to settle.  Sent to him to review. |
| 10/28/2016 | objections to application to employ? |
| 10/28/2016 | Forwarded all of Sumner's answers and documents to Andy Covey. |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3     Exhibit A

| Case No.: | 16-81298-TLP | Trustee Name: | Pamela S. Wilcox |
|---|---|---|---|
| Case Name: | SMITH, Jr., BRADLEY E | Date Filed (f) or Converted (c): | 09/08/2016 (f) |
| For the Period Ending: | 3/8/2018 | §341(a) Meeting Date: | 10/12/2016 |
| | | Claims Bar Date: | 01/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 10/20/2016 | Sent email to Andy with 2 letters on preferences, all documents received by attorney thus far. |
| | Sent email to attorney for debtor asking for 4 years of bank docs. |
| | Will file motion to extend discharge to allow for time to get docs. |
| 10/20/2016 | Filed motion to extend discharge to 3/18/20. |
| 10/20/2016 | received call from friend/relative of debtor's sister to state that she got my letter and sister was in automobile accident and has head injury and can't think about demand and is not working due to injury. Gave her 30 days to get back to me. she's not in hospital - shes at home. |
| 10/19/2016 | Received letter from attorney for Stubbs regarding fraudulent transfers. Requesting copy of hearing transcript from 341 meeting; contacted Andy Covey to see if he wants to be retained to take over this case with preferences and fraudulent transfers. |
| 10/19/2016 | Check for claims. |
| 10/18/2016 | Requested claims bar date be set - 1/19/16. Sent preference demand letter to Central IL Loans and one to sister. |
| | Also asking debtor's attorney for documentation of $15K insurance monies spent, payments made to estranged spouse, and payments made on loan to Patrick Banning. |
| 10/18/2016 | have we heard on either preference demand? |
| 10/18/2016 | have we heard on information requested from debtor |

| Initial Projected Date Of Final Report (TFR): | 10/31/2017 | Current Projected Date Of Final Report (TFR): | 01/31/2018 | /s/ PAMELA S. WILCOX |
|---|---|---|---|---|
| | | | | PAMELA S. WILCOX |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-81298-TLP | Trustee Name: | Pamela S. Wilcox |
|---|---|---|---|
| Case Name: | SMITH, Jr., BRADLEY E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6814 | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/8/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/14/2017 | (23) | Central Illinois Loan | settlement of fraudulent transfers made by notice of compromise (Doc 76) entered 08/02/17 | 1241-000 | $7,000.00 | | $7,000.00 |
| 09/20/2017 | 1001 | Andrew W. Covey | Per order entered 09/20/17 document #80 | * | | $2,856.36 | $4,143.64 |
| | | | Per order entered 09/20/17 document #80    $(2,333.33) | 3210-000 | | | $4,143.64 |
| | | | Per order entered 09/20/17 document #80    $(523.03) | 3220-000 | | | $4,143.64 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.07 | $4,138.57 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.46 | $4,132.11 |
| 11/01/2017 | 1002 | Andrew W. Covey | payment of costs for collection of preference payment | 3220-000 | | $85.08 | $4,047.03 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.34 | $4,040.69 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | | $7,000.00 | $2,959.31 | $4,040.69 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| **Subtotal** | | $7,000.00 | $2,959.31 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| **Net** | | $7,000.00 | $2,959.31 | |

| For the period of 9/8/2016 to 3/8/2018 | | For the entire history of the account between 09/14/2017 to 3/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,000.00 | Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 | Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,959.31 | Total Compensable Disbursements: | $2,959.31 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,959.31 | Total Comp/Non Comp Disbursements: | $2,959.31 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-81298-TLP | Trustee Name: | Pamela S. Wilcox |
|---|---|---|---|
| Case Name: | SMITH, Jr., BRADLEY E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6814 | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/8/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,000.00 | $2,959.31 | $4,040.69 |

| **For the period of 9/8/2016 to 3/8/2018** | | **For the entire history of the case between 09/08/2016 to 3/8/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $7,000.00 | Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 | Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,959.31 | Total Compensable Disbursements: | $2,959.31 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,959.31 | Total Comp/Non Comp Disbursements: | $2,959.31 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ PAMELA S. WILCOX

PAMELA S. WILCOX

CLAIM ANALYSIS REPORT    Page No: 1    Exhibit C

| Case No.: | 16-81298-TLP | | | Trustee Name: | Pamela S. Wilcox |
| Case Name: | SMITH, Jr., BRADLEY E | | | Date: | 3/8/2018 |
| Claims Bar Date: | 01/19/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PAMELA S. WILCOX PO Box 1806 Galesburg IL 61401 | 12/12/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,450.00 | $1,450.00 | $0.00 | $0.00 | $0.00 | $1,450.00 |
| | PAMELA S. WILCOX PO Box 1806 Galesburg IL 61401 | 01/02/2018 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $61.61 | $61.61 | $0.00 | $0.00 | $0.00 | $61.61 |
| 12 | BRIAN STUBBS c/o Attorney Jonathan LA Phillips 456 Fulton Street Suite 255 Peoria IL 61602 | 10/19/2016 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $71,902.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** 1/26/17 filed objection to secured claim; creditor amended; filed objection to secured. Objection allowed 3/2/17 as to secured status.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE P. O. Box 7346 Philadelphia PA 19101 | 10/26/2016 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $79.52 | $79.52 | $0.00 | $0.00 | $0.00 | $79.52 |
| 2a | INTERNAL REVENUE SERVICE P. O. Box 7346 Philadelphia PA 19101 | 10/26/2016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $474.95 | $474.95 | $0.00 | $0.00 | $0.00 | $474.95 |
| 3 | BRADLEY E. SMITH P.O. BOX 78 NORRIS IL 61553 | 11/09/2016 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Called and asked claim to be amended to creditor not debtor. Objected to claim and new claim filed to replace this one. Objection allowed 4/6/17.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BRADLEY E SMITH JR. P.O. BOX 78 NORRIS IL 61553 | 11/09/2016 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $9,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Called and asked for claim to be amended to creditor not debtor. Objected to claim and new claim filed to replace this one. Objection allowed 4/6/17.

# CLAIM ANALYSIS REPORT

| Case No.: | 16-81298-TLP | | | Trustee Name: | Pamela S. Wilcox |
|---|---|---|---|---|---|
| Case Name: | SMITH, Jr., BRADLEY E | | | Date: | 3/8/2018 |
| Claims Bar Date: | 01/19/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | U.S. DEPARTMENT OF LABOR<br>Occupational Safety & Health Admin.<br>1320 W. Commerce Dr.<br>Suite 800<br>Peoria IL 61615 | 01/26/2017 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 6 | U.S. DEPARTMENT OF LABOR<br>Occupational Safety & Health Admin.<br>1320 W. Commerce Dr.<br>Suite 800<br>Peoria IL 61615 | 01/26/2017 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $9,200.00 | $9,200.00 | $0.00 | $0.00 | $0.00 | $9,200.00 |
| 7 | ANDREW W. COVEY<br><br>416 Main Street<br>Suite 700<br>Peoria IL 61602 | 09/20/2017 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $2,856.36 | $2,333.33 | $2,333.33 | $2,333.33 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Per order entered 09/20/17 document #80 | | | | | | | | | | | |
| 7 | ANDREW W. COVEY<br><br>416 Main Street<br>Suite 700<br>Peoria IL 61602 | 09/20/2017 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $2,856.36 | $523.03 | $523.03 | $523.03 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Per order entered 09/20/17 document #80 | | | | | | | | | | | |
| 8 | ANDREW W. COVEY<br><br>416 Main Street<br>Suite 700<br>Peoria IL 61602 | 11/01/2017 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $85.08 | $85.08 | $85.08 | $85.08 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Per order entered 11/01/17 document #82 | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**  Page No: 3  Exhibit C

| Case No. | 16-81298-TLP | | Trustee Name: | Pamela S. Wilcox |
| Case Name: | SMITH, Jr., BRADLEY E | | Date: | 3/8/2018 |
| Claims Bar Date: | 01/19/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CLERK OF US BANKRUPTCY COURT<br><br>Central Dist of IL<br>100 NE Monroe<br>Room 216<br>Peoria IL 61602 | 12/12/2017 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | | $700.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| | | | | | | $116,009.75 | $24,907.52 | $2,941.44 | $0.00 | $0.00 | | $21,966.08 |

| Case No. | 16-81298-TLP | Trustee Name: | Pamela S. Wilcox |
| Case Name: | SMITH, Jr., BRADLEY E | Date: | 3/8/2018 |
| Claims Bar Date: | 01/19/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) | $608.11 | $608.11 | $608.11 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $2,333.33 | $2,333.33 | $2,333.33 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $79.52 | $79.52 | $0.00 | $0.00 | $0.00 | $79.52 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $700.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| General Unsecured § 726(a)(2) | $91,577.18 | $474.95 | $0.00 | $0.00 | $0.00 | $474.95 |
| Tardy General Unsecured § 726(a)(3) | $19,200.00 | $19,200.00 | $0.00 | $0.00 | $0.00 | $19,200.00 |
| Trustee Compensation | $1,450.00 | $1,450.00 | $0.00 | $0.00 | $0.00 | $1,450.00 |
| Trustee Expenses | $61.61 | $61.61 | $0.00 | $0.00 | $0.00 | $61.61 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       16-81298
Case Name:      BRADLEY E SMITH, Jr.
Trustee Name:   Pamela S. Wilcox

Balance on hand: $4,040.69

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,040.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Pamela S. Wilcox, Trustee Fees | $1,450.00 | $0.00 | $1,450.00 |
| Pamela S. Wilcox, Trustee Expenses | $61.61 | $0.00 | $61.61 |
| Per order entered 09/20/17 document #80, Attorney for Trustee Fees | $2,333.33 | $2,333.33 | $0.00 |
| Andrew W. Covey, Attorney for Trustee Expenses | $85.08 | $85.08 | $0.00 |
| Clerk of US Bankruptcy Court, Clerk of the Court Costs | $700.00 | $0.00 | $700.00 |
| Other: Per order entered 09/20/17 document #80, Attorney for Trustee Expenses | $523.03 | $523.03 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $2,211.61
Remaining balance: $1,829.08

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,829.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $79.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $79.52 | $0.00 | $79.52 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $79.52 |
| Remaining balance: | $1,749.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $474.95 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2a | Internal Revenue Service | $474.95 | $0.00 | $474.95 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $474.95 |
| Remaining balance: | $1,274.61 |

Tardily filed claims of general (unsecured) creditors totaling $19,200.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | U.S. Department of Labor | $10,000.00 | $0.00 | $663.86 |
| 6 | U.S. Department of Labor | $9,200.00 | $0.00 | $610.75 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $1,274.61 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**