**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-81298 |
| | § | |
| BRADLEY E SMITH, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Pamela S. Wilcox, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    401 Main Street #1105, Peoria, IL 61602

Date Mailed: _____   By: /s/ Pamela S. Wilcox
                                                    Trustee

Pamela S. Wilcox
PO Box 1806
Galesburg, IL 61401

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| In re: | § | Case No. 16-81298 |
|---|---|---|
| | § | |
| BRADLEY E SMITH, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $7,000.00
*and approved disbursements of*  $2,959.31
*leaving a balance on hand of*[1] *:*  $4,040.69

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $4,040.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Pamela S. Wilcox, Trustee Fees | $1,450.00 | $0.00 | $1,450.00 |
| Pamela S. Wilcox, Trustee Expenses | $61.61 | $0.00 | $61.61 |
| Per order entered 09/20/17 document #80, Attorney for Trustee Fees | $2,333.33 | $2,333.33 | $0.00 |
| Andrew W. Covey, Attorney for Trustee Expenses | $85.08 | $85.08 | $0.00 |
| Clerk of US Bankruptcy Court, Clerk of the Court Costs | $700.00 | $0.00 | $700.00 |
| Other: Per order entered 09/20/17 document #80, Attorney for Trustee Expenses | $523.03 | $523.03 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Case 16-81298   Doc 92   Filed 03/15/18   Entered 03/15/18 23:56:28   Desc Imaged
Certificate of Notice   Page 3 of 6

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $2,211.61 |
| Remaining balance: | $1,829.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,829.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $79.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Internal Revenue Service | $79.52 | $0.00 | $79.52 |

| | |
|---|---:|
| Total to be paid to priority claims: | $79.52 |
| Remaining balance: | $1,749.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $474.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2a | Internal Revenue Service | $474.95 | $0.00 | $474.95 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $474.95 |
| Remaining balance: | $1,274.61 |

Tardily filed claims of general (unsecured) creditors totaling $19,200.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed

UST Form 101-7-NFR (10/1/2010)

general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | U.S. Department of Labor | $10,000.00 | $0.00 | $663.86 |
| 6 | U.S. Department of Labor | $9,200.00 | $0.00 | $610.75 |

Total to be paid to tardily filed general unsecured claims: $1,274.61
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Pamela S. Wilcox
Trustee

Pamela S. Wilcox
PO Box 1806
Galesburg, IL 61401

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Central District of Illinois

In re:  
Bradley E Smith, Jr.  
      Debtor

Case No. 16-81298-tlp  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0753-1      User: twil      Page 1 of 2      Date Rcvd: Mar 13, 2018  
                   Form ID: pdfall     Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.

```
db         +Bradley E Smith, Jr.,    P.O. Box 78,    Norris, IL 61553-0078
6720382    +Allied,    P.O. Box 361626,    Columbus, OH 43236-1626
6667472    +American Family Insurance,    P.O. Box 7430,    Madison, WI 53777-0001
6667473    +American Marketing & Publishing, LLC,    915 E. Lincoln Hwy,    P.O. Box 801,
             DeKalb, IL 60115-0801
6667474    +Anita Smith,    1100 W. Locust,    Lot 46,    Canton, IL 61520-9691
6667475    +Arthur J. Inman, Attorney,    411 Hamilton Boulevard,    Suite 1302,    Peoria, IL 61602-3103
6691192    +BRADLEY E. SMITH,    P.O. BOX 78,    NORRIS, IL 61553-0078
6667476    +Brenda Smith,    443 W. Chestnut,    Canton, IL 61520-1654
6681671    +Brian Stubbs,    c/o Attorney Jonathan LA Phillips,    456 Fulton Street,    Suite 255,
             Peoria, Illinois 61602-1220
6667479    +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
6667482    +Central Illinois Loans,    2587a Sycamore Road,    DeKalb, IL 60115-2092
6667481    +Central Illinois Loans,    30 S. 5th Avenue,    P. O. Box 35,    Canton, IL 61520-0035
6667480    +Central Illinois Loans,    30 S. Fifth Avenue,    P. O. Box 35,    Canton, IL 61520-0035
6720380     Central Illinois Radiological,    Associates,    5200 Reliable Parkway,    Chicago, IL  60686-0052
6667484    +Comcast,    P.O. Box 118288,    Carrollton, TX 75011-8288
6667488    +Credit Serivces of Oregon,    P.O. Box 1208,    Roseburg, OR 97470-0306
6667489    +Deborah K. Breuer,    442 W. Chestnut,    Canton, IL 61520-1655
6667490    +Derma Wand,    P.O. Box 523286,    Miami, FL 33152-3286
6667491    +Financial Corporation of America,    P.O. Box 203500,    Austin, TX 78720-3500
6667492    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
6667493    +Graham Health System,    210 W. Walnut,    Canton, IL 61520-2497
6667494    +Graham Hospital,    210 W. Walnut St.,    Canton, IL 61520-2497
6667495    +Graham Medical Group,    180 S. Main Street,    Canton, IL 61520-2608
6667496    +HomePage Directories,    915 E. Lincoln Highway,    DeKalb, IL 60115-3941
6667499    +Jae K. Kim, M.D.,    7309 N. Knoxville,    Suite 200,    Peoria, IL 61614-2085
6667501    +Johnson Bunce & Noble, P.C.,    P.O. Box 3322,    Peoria, IL 61612-3322
6667503    +LeRoy McEwin,    P.O. Box 362,    Canton, IL 61520-0362
6667504    +LeRoy McEwin,    141 W. Division Street,    Norris, IL 61553-9902
6667502    +LeRoy McEwin,    141 W. Division Street,    P.O. Box 362,    Norris, IL 61553-9902
6720381     Liberty Mutual Insurance,    P.O. Box 2027,    Keene, NH  03431-7027
6667505    +Menards,    Retail Services,    P. O. Box 5893,    Carol Stream, IL 60197-5893
6667506    +Patrick L. Banning,    910 Carter Street,    Fairview, IL 61432-9008
6667507    +Peoria Tazewell Pathology Group,    P. O. Box 60070,    North Charleston, SC 29419-0070
6667508    +Performant,    P.O. Box 9054,    Pleasanton, CA 94566-9054
6667509    +Performant Recovery, Inc.,    P.O. Box 9054,    Pleasanton, CA 94566-9054
6667510    +Progressive Insurance,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
6667513    +SKO Brenner American,    P.O. Box 230,    Farmingdale, NY 11735-0230
6667511    +Secretary of State,    Driver Services Department,    2701 S. Dirksen Parkway,
             Springfield, IL 62723-1000
6667512    +Simon & McClosky, LTD.,    Attorneys At Law,    120 W. Madison St.,    Suite 1100,
             Chicago, IL 60602-4145
6667514    +Skyline Publishing,    P.O. Box 9014,    Peoria, IL 61612-9014
6667516    +T-H Professional/Medical Collections,    P. O. Box 10166,    Peoria, IL 61612-0166
6667518    +U.S. Department of Labor,    Occupational Safety & Health Admin.,    1320 W. Commerce Dr.,
             Suite 800,    Peoria, IL 61615-1444
6667519    +U.S. Department of Labor - OSHA,    Delinquent Accounts Collection Service,    P.O. Box 2422,
             Washington, DC 20013-2422
6667520    +Unity Point Clinic,    5100 Reliable Parkway,    Chicago, IL 60686-0001
6667521    +Wells Fargo Bank, N.A.,    Attn: Bankruptcy Department,    4137 121st Street,
             Urbandale, IA 50323-2310
6667522    +Wells Fargo Bank, N.A.,    P.O. Box 5058,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
6667477    +E-mail/Text: updates@brennanclark.com Mar 13 2018 19:49:53    Brennan & Clark Ltd.,
             721 E. Madison,    Suite 200,    Villa Park, IL 60181-3083
6667487    +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 13 2018 19:50:07
             Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
6667470     E-mail/Text: rev.bankruptcy@illinois.gov Mar 13 2018 19:49:39
             Illinois Department of Revenue,    Bkcy Bulk Sales and Probate Section,
             100 W. Randolph St., Level 7-400,    Chicago, IL 60601
6667497    +E-mail/Text: rev.bankruptcy@illinois.gov Mar 13 2018 19:49:38
             Illinois Department of Revenue,    Bankruptcy Section,    P. O. Box 64338,
             Chicago, IL 60664-0338
6667498    +E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 19:49:30    Internal Revenue Service,
             P. O. Box 7346,    Philadelphia, PA 19101-7346
6667515    +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Mar 13 2018 19:49:46
             State Farm Mutual Auto Insurance,    One State Farm Plaza,    Bloomington, IL 61710-0001
                                                                                              TOTAL: 6
```

```
District/off: 0753-1          User: twil               Page 2 of 2                  Date Rcvd: Mar 13, 2018
                              Form ID: pdfall          Total Noticed: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6691194*         +BRADLEY E SMITH JR.,    P.O. BOX 78,   NORRIS, IL 61553-0078
6667471*          Internal Revenue Service,    P.O. Box 14556,    Cincinnati, OH 45250
6667478         ##+Brian Stubbs,   c/o Attorney John T.D. Bathke,    Shay Phillips, Ltd.,
                   456 Fulton St., Suite 255,    Peoria, IL 61602-1220
6667483         ##+Central Illinois Radiological Associates,    P. O. Box 3184,   Indianapolis, IN 46206-3184
6667485         ##+Consumer Cellular,    7204 SW Durham Road, Suite 300,    Portland, OR 97224-7574
6667486         ##+Convergent Outsourcing,    10750 Hammerly Blvd., Suite 200,    Houston, TX 77043-2317
6667500         ##+John T.D. Bathke,    Shay Phillips, Ltd.,   456 Fulton Street, Suite 255,
                   Peoria, IL 61602-1220
6667517         ##+Travis L. Ward,    616 East Van Buren,    Cuba, IL 61427-8828
                                                                                         TOTALS: 0, * 2, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Andrew W Covey    on behalf of Trustee Pamela S Wilcox acovey1@hotmail.com, acovey2@gmail.com
              Andrew W Covey    on behalf of Plaintiff Pamela  Wilcox acovey1@hotmail.com, acovey2@gmail.com
              Jonathan Lucas Alle Phillips    on behalf of Plaintiff Brian  Stubbs jphillips@shay-law.com
              Nancy  A. Schell    on behalf of Defendant   Central Illinois Loans, Inc. nschell@fwslawyers.com
              Pamela S Wilcox    trusteewilcox@galesburgbankruptcy.com, psw@trustesolutions.net
              Sumner  Bourne    on behalf of Debtor Bradley E Smith, Jr. sbnotice@mtco.com, SABArchive@gmail.com
              Sumner  Bourne    on behalf of Defendant Bradley E Smith, Jr. sbnotice@mtco.com,
               SABArchive@gmail.com
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```